IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| ELVIS PRESLEY ENTERPRISES, INC., EPPF, LLC and GUESTHOUSE AT GRACELAND, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) ) | No. 2:18-cv-02718-SHM-dkv |
| CITY OF MEMPHIS, TENNESSEE, | ) ) | |
| Defendant. | ) | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

Before the court is the motion, filed on October 8, 2019, by the plaintiffs, Elvis Presley Enterprises, Inc., EPPF, LLC, and Guesthouse at Graceland, LLC (collectively "EPE"), for a protective order. (Pl.'s Mot., ECF No. 80.) The defendant, City of Memphis, Tennessee ("City of Memphis"), takes no position but seeks certain changes to the proposed protective order submitted by EPE. The motion has been referred to the United States Magistrate Judge for determination. (Admin. Order 2019-27, Sept. 9, 2019.) Pursuant to the order of reference, hearings were held on October 7 and 9, 2019. Clarence Wilbon and Ben Fox, attorneys for EPE, and Jonathan Lakey and Carl Jacobson, attorneys for City of Memphis were present. For the reasons stated on the record at the hearing, EPE's motion is granted.

IT IS SO ORDERED this 15th day of October, 2019.

s/Diane K. Vescovo
DIANE K. VESCOVO
CHIEF UNITED STATES MAGISTRATE JUDGE